IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CARL MICHAEL HOPPER,
ADC #115793                                                                                   PLAINTIFF

v.                                        1:09CV00007SWW/HLJ

DR. J. IRVIN,                                                                                 DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant's motion for summary judgment (DE #66) is GRANTED, and plaintiff's complaint against him is DISMISSED with prejudice.[1]

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 23rd day of November, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion [doc.#78] to amend his complaint has been considered by the Court and is hereby denied.